UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-290-MWF(JPRx)**                                                   Dated: **June 27, 2016**

Title:    Kristina Knapic -v- Lucas Entertainment, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Mediation Report filed June 24, 2016, reflecting that the case has completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 25, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                                     Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-