JS-6

Lacy L. Taylor, Esq., State Bar No. 303608
LAW OFFICES OF JOHN J. THYNE III
2000 State Street
Santa Barbara, California 93105
Telephone: (805) 963-9958
Facsimile: (805) 963-3814

Attorney for Plaintiff, Kristina Knapic an individual

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA KNAPIC, an Individual, | CASE NO: 2:16-cv-00290-MWF-JPR |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |
| LUCAS ENTERTAINMENT, INC., a Delaware Corporation, | |
| LUCAS DISTRIBUTION, INC., a New York Corporation, | Complaint Filed: November 19, 2015 |
| MICHAEL LUCAS, an Individual, a/k/a Анна Трейвас, an Individual, a/k/a ANDREI TREIVAS, an individual, and does 1-10 | Assigned for all Purposes to the Honorable Michael W. Fitzgerald |
| Defendants. | |

WHEREAS, Plaintiff Kristina Knapic filed a complaint for Fraud; Conversion; negligent Interference with a Prospective Economic Advantage; Negligence; Trespass to Land; Breach of Contract; and Unjust Enrichment;

1  WHEREAS, Plaintiff and Defendants Michael Lucas, Lucas Entertainment, Inc., and Lucas Distribution, Inc. ("Defendants") settled this matter on or about June 22, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above-captioned action should be dismissed without prejudice. The parties further stipulate that all parties shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: July 20, 2016                LAW OFFICES OF JOHN J. THYNE III

                                    _/s/_____
                                    Lacy L. Taylor, Attorney for Plaintiff
                                    Kristina Knapic

Dated: July 20, 2016                STONE|DEAN LLP

                                    _/s/_____
                                    Leslie Blozan, Attorney for Defendants
                                    Michael Lucas, Lucas Entertainment, Inc. and
                                    Lucas Distribution, Inc.

IT IS SO ORDERED.

Dated: July 26, 2016                _____
                                    THE HON. MICHAEL FITZGERALD
                                    Judge of the United States District Court for the
                                    Central District of California